No. 92–29.  FORD ET AL. *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–33.  ROSE ART INDUSTRIES, INC. *v.* KENNER PARKER TOYS, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 92–35.  SCOTCH WHISKY ASSN. *v.* MAJESTIC DISTILLING CO., INC., DBA MONUMENTAL DISTILLING CO.  C. A. 4th Cir. Certiorari denied.

No. 92–36.  NEUHAUS *v.* METROPOLITAN LIFE INSURANCE CO. Ct. App. Ky.  Certiorari denied.

No. 92–37.  ALEXANDER *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 92–39.  LOVE *v.* KWITNY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–40.  TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* ODOM.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 92–41.  ARBY'S, INC., ET AL. *v.* KITCHENS FOODS, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–42.  OHIO *v.* BROWN.  Sup. Ct. Ohio.  Certiorari denied.

No. 92–43.  ZAMUDIO *v.* CARD, SECRETARY OF TRANSPORTATION.  C. A. 5th Cir.  Certiorari denied.

No. 92–44.  CABLE HOLDINGS OF GEORGIA, INC., DBA SMYRNA CABLE TV *v.* MCNEIL REAL ESTATE FUND VI, LTD., DBA LAKES APARTMENTS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–45.  STONEHILL ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.